Exhibit 1

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,242,974
Registered Jun. 21, 1983

## TRADEMARK
Principal Register

## RUBIK'S CUBE

Ideal Toy Corporation (Delaware corporation)
184-10 Jamaica Ave.
Hollis, N.Y. 11423

For: PUZZLES, in CLASS 28 (U.S. Cl. 22).
First use Mar. 18, 1980; in commerce Mar. 18, 1980.
No claim is made to the exclusive right to use "Cube", apart from the mark as shown.

Ser. No. 261,351, filed May 8, 1980.

ROBERT PEVERADA, Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**    Reg. No. 1,265,094
Registered Jan. 24, 1984

## TRADEMARK
Principal Register



CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y. 10019, assignee of
Ideal Toy Corporation (Delaware corporation)
Hollis, N.Y.

For: THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cl. 22).
First use Jan. 1, 1980; in commerce Jan. 1, 1980.
The drawing is lined for the colors red, green, orange, blue and yellow.

The mark consists of a black cube having nine color patches on each of its six faces with the color patches on each face being the same and consisting of the colors red, white, blue, green, yellow and orange.

Sec. 2(f).

Ser. No. 358,308, filed Apr. 5, 1982.

W. A. CONN, Examining Attorney

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,285,794

**United States Patent and Trademark Office**   Registered Oct. 12, 1999

## SERVICE MARK
## PRINCIPAL REGISTER



SEVEN TOWNS LIMITED (UNITED KINGDOM CORPORATION)
7 LAMBTON PLACE
LONDON W11 2SH, ENGLAND

FOR: LICENSING OF INTELLECTUAL PROPERTY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-1998; IN COMMERCE 11-0-1998.

OWNER OF U.S. REG. NOS. 1,242,974 AND 1,265,094.

THE DRAWING IS LINED FOR THE COLORS RED AND GREEN. THE REMAINING COLORS -- WHITE, BLUE, YELLOW, AND ORANGE -- DO NOT APPEAR IN THE DRAWING, BUT ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BLACK CUBE HAVING NINE COLOR PATCHES ON EACH OF ITS SIX FACES WITH THE COLOR PATCHES ON EACH FACE BEING THE SAME AND CONSISTING OF THE COLORS RED, WHITE, BLUE, GREEN, YELLOW AND ORANGE.

SN 75-105,330, FILED 5-2-1996.

DORITT L. CARROLL, EXAMINING ATTORNEY