# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUBIK'S BRAND, LTD., | |
| Plaintiff, | Case No.: 1:20-cv-00694 |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge Edmond E. Chang |
| | Magistrate Judge Maria Valdez |
| Defendants. | |

### S<span style="font-variant:small-caps">chedule</span> A – S<span style="font-variant:small-caps">ealed</span> D<span style="font-variant:small-caps">ocument</span> P<span style="font-variant:small-caps">ursuant to</span> LR26.2

Pursuant to Plaintiff's Motion for Leave to File Documents under Seal, a full version of Schedule "A" will be electronically-filed under seal and will remain under seal until further order of this Court.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
Raymond Lang
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***